UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAYTON PLUMMER,<br><br>                    Plaintiff,<br><br>     v.<br><br>ALCOA INC., a foreign corporation,<br><br>                    Defendant. | NO: 12-CV-0093-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

   BEFORE THE COURT is the parties' Stipulation for Voluntary Dismissal With Prejudice (ECF No. 12).  Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without an award of costs or attorney fees to any party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

The parties' Stipulation for Voluntary Dismissal With Prejudice (ECF No. 12) is **GRANTED**. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without an award of costs or attorney fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 7, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2